1  FRANK N. DARRAS #128904
   SHERNOFF BIDART & DARRAS, LLP
2  3257 East Guasti Road, Suite 300
3  Ontario, CA  91761
   Telephone:  (909) 390-3770
4  Facsimile:  (909) 974-2121
   Email: fdarras@sbd-law.com
5  Attorneys for Plaintiff
6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

9  FIDELIA SUAREZ,                    Case No. CV 08 1102

10        Plaintiff,                   PLAINTIFF'S NOTICE OF
11                                     INTERESTED PARTIES
12    vs.

13  CANADA LIFE ASSURANCE
    COMPANY; TOWNSEND AND
14  TOWNSEND AND CREW LLP GROUP
15  LONG TERM DISABILITY PLAN;

16        Defendants.
17

18        The undersigned, counsel of record for plaintiff, certifies that the following listed
19  parties may have a direct, pecuniary interest in the outcome of this case. These
20  representations are made to enable the Court to evaluate possible disqualification or
21  recusal.
22  1.  CANADA LIFE ASSURANCE COMPANY; and,
23  2.  TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM
24  DISABILITY PLAN
25
26  Dated: February 20, 2008          SHERNOFF BIDART & DARRAS, LLP
27
28                                     FRANK N. DARRAS
                                       Attorneys for Plaintiff

- 1 -
PLAINTIFF'S NOTICE OF INTERESTED PARTIES