| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>**FRANK N. DARRAS #128904**<br>SHERNOFF BIDART & DARRAS, LLP<br>3257 East Guasti Road, Suite 300<br>Ontario, CA 91761 | TELEPHONE NO.:<br>(909) 390-3770<br>FAX NO:<br>(909) 974-2121 |
| ATTORNEY FOR (Name): Plaintiff FIDELIA SUAREZ | FOR COURT USE ONLY |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>**NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF: **FIDELIA SUAREZ** | |
| DEFENDANT: CANADA LIFE ASSURANCE COMPANY; TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN | CASE NUMBER:<br>CV 08 1102 MMC |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:
SUMMONS IN A CIVIL CASE; COMPLAINT FOR BENEFITS UNDER A GROUP DISABILITY EMPLOYEE BENEFIT PLAN; PLAINTIFF'S NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER (BLANK); STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NORTHERN DISTRICT COURT GUIDELINES; DROP BOX FILING PROCEDURES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION INFORMATION HANDOUT

ON: **TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN**

AT: Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

Greg Gilchrist, Authorized Agent

ON: February 29, 2008
AT: 1:38 P.M.
Manner of Service: Personal service upon the designated agent.

Fee for Service: $50.00
County: **San Francisco**
Registration No.: **1032**
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 29, 2008.**

Signature: _/s/ Kyle O'Keefe_
Kyle O'Keefe

## DECLARATION OF SERVICE