1  Martin E. Rosen (108998), mrosen@barwol.com
   Jennifer N. Lee (230727), jlee@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendants
   CANADA LIFE ASSURANCE COMPANY and
6  TOWNSEND AND TOWNSEND AND CREW LLP
   GROUP LONG TERM DISABILITY PLAN
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA SUAREZ, | CASE NO.: CV08-1102 MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| vs. | **STIPULATION OF PARTIES TO EXTEND TIME FOR CANADA LIFE ASSURANCE COMPANY AND TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN TO RESPOND TO COMPLAINT** |
| CANADA LIFE ASSURANCE COMPANY; TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN, | |
| Defendants. | |
| | Complaint Filed: February 25, 2008 |

WHEREAS Defendants Canada Life Assurance Company ("Canada Life") and Townsend and Townsend and Crew LLP Group Long Term Disability Plan ("Townsend") (collectively "Defendants") have only recently obtained counsel in this action, and said counsel desires additional time to review the facts underlying the action prior to responding to the Complaint;

NOW, THEREFORE, Plaintiff Fidelia Suarez and Defendants, through their respective counsel of record, hereby stipulate as follows:

Defendants shall have an additional 30 days in which to answer or otherwise respond to the currently filed Complaint. Thus, Defendants shall respond to the complaint on or before April 18, 2008.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION OF PARTIES TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: CV08-1102 MMC

1  Dated: March __, 2008           BARGER & WOLEN LLP

        By: _____
            MARTIN E. ROSEN
            JENNIFER N. LEE
            Attorneys for Defendants CANADA
            LIFE INSURANCE COMPANY and
            TOWNSEND AND TOWNSEND AND
            CREW LLP GROUP LONG TERM
            DISABILITY PLAN

8  Dated: March __, 2008           SHERNOFF, BIDART & DARRAS, LLP

        By: _____
            FRANK DARRAS
            Attorneys for Plaintiff
            FIDELIA SUAREZ

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION OF PARTIES TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: CV08-1102 MMC

| | | |
|---|---|---|
| 1 | Dated: March __, 2008 | BARGER & WOLEN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MARTIN E. ROSEN<br>JENNIFER N. LEE |
| 5 | | Attorneys for Defendants CANADA LIFE INSURANCE COMPANY and |
| 6 | | TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM |
| 7 | | DISABILITY PLAN |
| 8 | Dated: March 20, 2008 | SHERNOFF, BIDART & DARRAS, LLP |
| 9 | | |
| 10 | | By: *Frank N Darras* (signature) |
| 11 | | FRANK DARRAS<br>Attorneys for Plaintiff |
| 12 | | FIDELIA SUAREZ |