1  Martin E. Rosen (108998), mrosen@barwol.com
   Jennifer N. Lee (230727), jlee@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendants
   CANADA LIFE ASSURANCE COMPANY and
6  TOWNSEND AND TOWNSEND AND CREW LLP
   GROUP LONG TERM DISABILITY PLAN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | FIDELIA SUAREZ, | ) | CASE NO.: CV08-1102 MMC |
|---|---|---|---|
| 12 | Plaintiff, | ) | Hon. Maxine M. Chesney |
| 13 | vs. | ) | **STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN; [PROPOSED] ORDER** |
| 14 | CANADA LIFE ASSURANCE COMPANY; TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN, | ) ) ) ) | |
| 15 | | ) | |
| 16 | Defendants. | ) | Complaint Filed: February 25, 2008 |
| 17 | | ) | |

18

19     WHEREAS Plaintiff Fidelia Suarez ("Suarez") has filed this action alleging the erroneous

20  termination of long-term disability insurance benefits;

21     WHEREAS Defendant Townsend and Townsend and Crew Long Term Disability Plan (the

22  "Plan") is an employee welfare benefit plan established and maintained by Townsend and

23  Townsend and Crew LLP, the law firm that employed Plaintiff;

24     WHEREAS Plaintiff is or was a participant in the Plan;

25     WHEREAS Suarez's current allegations pertain only to the acts of Defendant Canada Life

26  Assurance Company ("Canada Life");

27

28  I:\office\10564\002\08Pleadings\stip dismiss plan (v 1).doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW
LONG TERM DISABILITY PLAN; [PROPOSED] ORDER
CASE NO.: CV08-1102 MMC

1    WHEREAS Suarez has made no allegations regarding any erroneous or wrongful acts of the
2 Plan itself, other than acts made on its behalf by the claims administrator;
3    WHEREAS the parties hereto have agreed that Canada Life's successory-in-interest, The
4 Lincoln National Life Insurance Company, will assume all potential liabilities of the Plan with
5 respect to Plaintiff's claim for benefits under the group long-term disability insurance policy, as
6 reflected in the current complaint; and
7    WHEREAS the parties hereto have therefore agreed to dismiss the Plan from this case;
8    NOW, THEREFORE, the parties (through their respective counsel of record) stipulate that
9 the Plan be dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
10 Civil Procedure.

12 Dated: April 14, 2008         BARGER & WOLEN LLP

14                    By: _____
                        MARTIN E. ROSEN
15                      JENNIFER N. LEE
                        Attorneys for Defendants CANADA
16                      LIFE INSURANCE COMPANY and
                        TOWNSEND AND TOWNSEND AND
17                      CREW LLP GROUP LONG TERM
                        DISABILITY PLAN

19 Dated: April __, 2008         SHERNOFF, BIDART & DARRAS, LLP

21                    By: _____
                        FRANK DARRAS
22                      LISSA A. MARTINEZ
                        Attorneys for Plaintiff
23                      FIDELIA SUAREZ

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW
LONG TERM DISABILITY PLAN; [PROPOSED] ORDER
CASE NO.: CV08-1102 MMC

1  WHEREAS Suarez has made no allegations regarding any erroneous or wrongful acts of the
2  Plan itself, other than acts made on its behalf by the claims administrator;
3  WHEREAS the parties hereto have agreed that Canada Life's successory-in-interest, The
4  Lincoln National Life Insurance Company, will assume all potential liabilities of the Plan with
5  respect to Plaintiff's claim for benefits under the group long-term disability insurance policy, as
6  reflected in the current complaint; and
7  WHEREAS the parties hereto have therefore agreed to dismiss the Plan from this case;
8  NOW, THEREFORE, the parties (through their respective counsel of record) stipulate that
9  the Plan be dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
10 Civil Procedure.

Dated: April __, 2008                    BARGER & WOLEN LLP

                                         By: _____
                                         MARTIN E. ROSEN
                                         JENNIFER N. LEE
                                         Attorneys for Defendants CANADA
                                         LIFE INSURANCE COMPANY and
                                         TOWNSEND AND TOWNSEND AND
                                         CREW LLP GROUP LONG TERM
                                         DISABILITY PLAN

Dated: April /4, 2008                    SHERNOFF, BIDART & DARRAS, LLP

                                         By: _____
                                         FRANK DARRAS
                                         LISSA A. MARTINEZ
                                         Attorneys for Plaintiff
                                         FIDELIA SUAREZ

# ORDER

Based upon the foregoing Stipulation, and good causes appearing therefor, Defendant Townsend and Townsend and Crew Long Term Disability Plan shall be and hereby is dismissed from this case without prejudice.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE
MAXINE M. CHESNEY

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW LONG TERM DISABILITY PLAN; [PROPOSED] ORDER
CASE NO.: CV08-1102 MMC