Martin E. Rosen (108998), mrosen@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants
CANADA LIFE ASSURANCE COMPANY and
TOWNSEND AND TOWNSEND AND CREW LLP
GROUP LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA SUAREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CANADA LIFE ASSURANCE COMPANY; TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO.: CV08-1102 MMC<br><br>Hon. Maxine M. Chesney<br><br>**STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN; [PROPOSED] ORDER**<br><br>Complaint Filed:   February 25, 2008 |

WHEREAS Plaintiff Fidelia Suarez ("Suarez") has filed this action alleging the erroneous termination of long-term disability insurance benefits;

WHEREAS Defendant Townsend and Townsend and Crew Long Term Disability Plan (the "Plan") is an employee welfare benefit plan established and maintained by Townsend and Townsend and Crew LLP, the law firm that employed Plaintiff;

WHEREAS Plaintiff is or was a participant in the Plan;

WHEREAS Suarez's current allegations pertain only to the acts of Defendant Canada Life Assurance Company ("Canada Life");

I:\office\10564\002\08Pleadings\stip dismiss plan (v 1).doc

STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW
LONG TERM DISABILITY PLAN; [PROPOSED] ORDER
CASE NO.: CV08-1102 MMC

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  WHEREAS Suarez has made no allegations regarding any erroneous or wrongful acts of the
2  Plan itself, other than acts made on its behalf by the claims administrator;
3  WHEREAS the parties hereto have agreed that Canada Life's successory-in-interest, The
4  Lincoln National Life Insurance Company, will assume all potential liabilities of the Plan with
5  respect to Plaintiff's claim for benefits under the group long-term disability insurance policy, as
6  reflected in the current complaint; and
7  WHEREAS the parties hereto have therefore agreed to dismiss the Plan from this case;
8  NOW, THEREFORE, the parties (through their respective counsel of record) stipulate that
9  the Plan be dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
10 Civil Procedure.

Dated: April 14, 2008                BARGER & WOLEN LLP

                                     By: _____
                                         MARTIN E. ROSEN
                                         JENNIFER N. LEE
                                         Attorneys for Defendants CANADA
                                         LIFE INSURANCE COMPANY and
                                         TOWNSEND AND TOWNSEND AND
                                         CREW LLP GROUP LONG TERM
                                         DISABILITY PLAN

Dated: April __, 2008                SHERNOFF, BIDART & DARRAS, LLP

                                     By: _____
                                         FRANK DARRAS
                                         LISSA A. MARTINEZ
                                         Attorneys for Plaintiff
                                         FIDELIA SUAREZ

-2-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW
LONG TERM DISABILITY PLAN; [PROPOSED] ORDER
CASE NO.: CV08-1102 MMC

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1     WHEREAS Suarez has made no allegations regarding any erroneous or wrongful acts of the Plan itself, other than acts made on its behalf by the claims administrator;

3     WHEREAS the parties hereto have agreed that Canada Life's successory-in-interest, The Lincoln National Life Insurance Company, will assume all potential liabilities of the Plan with respect to Plaintiff's claim for benefits under the group long-term disability insurance policy, as reflected in the current complaint; and

7     WHEREAS the parties hereto have therefore agreed to dismiss the Plan from this case;

8     NOW, THEREFORE, the parties (through their respective counsel of record) stipulate that the Plan be dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April __, 2008            BARGER & WOLEN LLP

By: _____
MARTIN E. ROSEN
JENNIFER N. LEE
Attorneys for Defendants CANADA LIFE INSURANCE COMPANY and TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN

Dated: April /4, 2008            SHERNOFF, BIDART & DARRAS, LLP

By: _____
FRANK DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff
FIDELIA SUAREZ

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW LONG TERM DISABILITY PLAN; [PROPOSED] ORDER
CASE NO.: CV08-1102 MMC

## ORDER

Based upon the foregoing Stipulation, and good causes appearing therefor, Defendant Townsend and Townsend and Crew Long Term Disability Plan shall be and hereby is dismissed from this case without prejudice.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: April 16, 2008

UNITED STATES DISTRICT COURT JUDGE
MAXINE M. CHESNEY

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT TOWNSEND AND TOWNSEND AND CREW
LONG TERM DISABILITY PLAN; [PROPOSED] ORDER
CASE NO.: CV08-1102 MMC