Martin E. Rosen (108998), mrosen@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone:  (213) 680-2800
Facsimile:   (213) 614-7399

Attorneys for Defendants
CANADA LIFE ASSURANCE COMPANY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA SUAREZ,<br><br>      Plaintiff,<br><br>vs.<br><br>CANADA LIFE ASSURANCE COMPANY; TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN,<br><br>      Defendants. | CASE NO.: CV08-1102 MMC<br><br>Hon. Maxine M. Chesney<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**<br><br>Complaint Filed:   February 25, 2008 |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Defendant Canada Life Assurance Company certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that would be substantially affected by the outcome of this proceeding:

   The Lincoln National Life Insurance Company

   Lincoln National Corporation

I:\office\10564\002\08Pleadings\cert of interested entities.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16
CASE NO.: CV08-1102 MMC

-2-

Dated: April 18, 2008

BARGER & WOLEN LLP

By: /s/ Jennifer N. Lee
MARTIN E. ROSEN
JENNIFER N. LEE
Attorneys for Defendants CANADA
LIFE INSURANCE COMPANY

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16
CASE NO.: CV08-1102 MMC