FRANK N. DARRAS #128904
LISSA A. MARTINEZ #206994
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: fdarras@sbd-law.com; lmartinez@sbd-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA SUAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CANADA LIFE ASSURANCE COMPANY,<br><br>Defendant. | Case No.: CV08-1102 MMC<br><br>PLAINTIFF'S NOTICE OF FIRM NAME CHANGE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the firm name of SHERNOFF, BIDART & DARRAS, LLP is being changed to SHERNOFF BIDART DARRAS ECHEVERRIA, LLP. The address, telephone and fax numbers remain the same.

Dated: April 18, 2008

SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

FRANK N. DARRAS
Attorneys for Plaintiff

PLAINTIFF'S NOTICE OF FIRM NAME CHANGE