FRANK N. DARRAS #128904, fdarras@sbd-law.com
LISSA A. MARTINEZ #206994, lmartinez@sbd-law.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone:   (909) 390-3770
Facsimile:   (909) 974-2121

Attorneys for Plaintiff: Fidelia Suarez

Martin E. Rosen #108998. mrosen@barwol.com
Jennifer N. Lee #230727, jlee@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 680-2800
Facsimile:   (213) 614-7399

Attorneys for Defendants: CANADA LIFE ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FIDELIA SUAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CANADA LIFE ASSURANCE COMPANY,<br><br>Defendant. | Case No.: CV08-1102 MMC<br><br>JOINT STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER<br><br>Date:      June 6, 2008<br>Time:     10:30 a.m.<br>Place:    Courtroom 7 |
|---|---|

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff FIDELIA SUAREZ ("Suarez") and defendant CANADA LIFE ASSURANCE COMPANY ("Canada Life"), by and through their respective attorneys of record, hereby stipulate and respectfully request to appear telephonically for the case management conference on June 6, 2008, at 10:30 a.m.

1  Good cause exists to grant the parties' request to appear telephonically as lead
2  trial counsel for Plaintiff, Frank N. Darras of Shernoff Bidart Darras Echeverria, LLP, and
3  lead trial counsel for Defendant, Martin E. Rosen of Barger and Wolen, LLP, both reside
4  and their principal places of business are located in Southern California.
5
6  IT IS SO AGREED AND STIPULATED.
7
8  DATED:  May 29, 2008          SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
9
10           /s/ Frank N. Darras
    FRANK N. DARRAS
11  Attorneys for Plaintiff, FIDELIA SUAREZ
12  DATED: May 29, 2008           BARGER & WOLEN, LLP
13
14           /s/ Martin E. Rosen
    MARTIN E. ROSEN
15  JENNIFER N. LEE
    Attorneys for Defendant, CANADA LIFE
16  ASSURANCE COMPANY
17
18  PURSUANT TO STIPULATION, IT IS SO ORDERED.
19  Dated:
20
21  HONORABLE MAXINE M. CHESNEY
    United States District Court Judge
22
23
24
25
26
27
28