Martin E. Rosen (108998), mrosen@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
CANADA LIFE ASSURANCE COMPANY


Frank N. Darras (128904), fdarras@sbd-law.com
Lissa A. Martinez (206994), jlee@sbd-law.com
SHERNOFF, BIDART, DARRAS & ECHEVERRIA, LLP
3257 East Guasti, Road, Suite 300
Ontario, CA 91761
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff
FIDELIA SUAREZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA SUAREZ, <br><br> Plaintiff, <br><br> vs. <br><br> CANADA LIFE ASSURANCE COMPANY; TOWNSEND AND TOWNSEND AND CREW LLP GROUP LONG TERM DISABILITY PLAN, <br><br> Defendants. | CASE NO.: CV08-1102 MMC <br><br> Hon. Maxine M. Chesney <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: June 6, 2008 <br> Time: 10:30 a.m. <br><br> Complaint Filed: February 25, 2008 |

I:\office\10564\002\08Pleadings\jt cmc stmnt (FINAL).doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2600

JOINT CASE MANAGEMENT STATEMENT
CASE NO.: CV08-1102 MMC

Pursuant to the Court's Initial Case Management Scheduling Order, the parties Plaintiff Fidelia Suarez ("Suarez") and Defendant Canada Life Assurance Company ("Canada Life") through their counsel of record, jointly submit this Case Management Statement.

1. JURISDICTION AND SERVICE

The Court has subject matter jurisdiction over the Complaint pursuant to 28 U.S.C. §§ 1331, 29 U.S.C. § 1132(a), (e), (f) and (g) and 29 U.S.C. section 1001, et seq., in that relief is sought under an employee welfare benefit plan governed by ERISA, thereby presenting a federal question. All defendants have been served and the parties currently have no intent to join any additional parties in this matter. Defendant Townsend and Townsend and Crew, LLP Group Long Term Disability Plan was dismissed on April 16, 2008 pursuant to the parties' stipulation.

2. FACTS

This is a dispute over disability benefits to Plaintiff Fidelia Suarez ("Plaintiff") under a long-term group disability policy governed by ERISA. Plaintiff filed her claim for benefits, claiming to be totally disabled from performing the duties of her occupation as a legal secretary.

Plaintiff contends that she continues to be disabled, as defined by the LTD policy, due to arthritis and back pain and the denial by Defendant Canada Life was arbitrary and capricious.

Defendant Canada Life contends that Plaintiff has failed to establish that she is disabled and entitled to disability benefits under the LTD policy at issue in this litigation.

3. LEGAL ISSUES

The principal legal issues in dispute are:

(1) Whether Plaintiff is entitled to payment of her claim for disability benefits under the Plan because she is "totally disabled";

(2) Whether Plaintiff and Defendants have fulfilled their respective duties under the terms of the Plan; and

(3) Whether any party is entitled to attorneys' fees under the facts of this case.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
JOINT CASE MANAGEMENT STATEMENT
CASE NO.: CV08-1102 MMC

4.  MOTIONS

The parties do not presently anticipate filing any motions. However, the parties reserve any rights that they may have to file motions based upon the facts discovered in this matter. If any such motions will be filed, the parties request a cutoff date requiring motions to be heard by February 28, 2009.

5.  AMENDMENT OF PLEADINGS

The parties do not anticipate amending their respective pleadings at this time.

6.  EVIDENCE PRESERVATION

The parties do not anticipate any difficulties with the preservation of evidence.

7.  DISCLOSURES

The parties will complete their initial disclosures by May 30, 2008, pursuant to the Court's Initial Case Management Order. The parties met and conferred on May 15, 2008 for their Rule 26(f) conference.

8.  DISCOVERY

The parties agree that because this case is governed by ERISA and there appears to be no discretionary authority granted to the Plan under the terms of the policy, no discovery on the merits is appropriate. However, the parties reserve the right to proceed with discovery if additional facts are discovered indicating that the Plan has discretionary authority under the Policy.

9.  CLASS ACTIONS

This is not a class action.

10. RELATED CASES

There are no related cases.

11. RELIEF

At this time, Plaintiff anticipates seeking the following relief: past due benefits including interest as well as attorney fees and costs in bringing this action.

Defendant seeks its attorneys' fees and costs as authorized under ERISA.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
JOINT CASE MANAGEMENT STATEMENT
CASE NO.: CV08-1102 MMC

1  12.     SETTLEMENT AND ADR

2         The parties will pursue private mediation and have stipulated and been ordered by this Court
3  to complete such private mediation by October 1, 2008.

4  13.     CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

5         The parties do not consent to a magistrate judge conducting all further proceedings in this
6  matter.

7  14.     OTHER REFERENCES

8         The parties do not believe this matter is appropriate for binding arbitration or any other type
9  of reference.

10  15.     NARROWING OF ISSUES

11         There are no issues identified at this time that can easily be narrowed.

12  16, 17 & 18.     EXPEDITED SCHEDULE

13         The parties do not believe that this matter can be handled on an expedited basis with
14  streamlined procedures. The parties request a trial date in March 2009, with the discovery cutoff to
15  be set in December 2008, pretrial motions set in February 2009 and other deadlines set in
16  accordance with the Federal Rules of Civil Procedure. This trial date will allow for all appropriate
17  summary judgment and partial summary judgment motions to be concluded in this case. It will
18  allow the parties to explore the possibility of settlement with the benefit of the information obtained
19  through their initial discovery disclosures and any discovery that may be warranted. The parties
20  waive a pretrial conference and anticipate that a bench trial of this matter will take one half day.

21  19.     DISCLOSURE OF NON-PARTY INTERESTED ENTITIES

22         At this time, Plaintiff knows of no person or entity other than the parties to this action and
23  any parties which might be identified by the Defendant who may have a pecuniary interest in the
24  outcome of this case.

25         Defendant Canada Life has filed its Certification of Interested Entities or Persons as
26  required by L.R. 3-16. The following listed party (or parties) may have a pecuniary interest in the
27  outcome of this case: The Lincoln National Life Insurance Company and Lincoln National
28  Corporation.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-
JOINT CASE MANAGEMENT STATEMENT
CASE NO.: CV08-1102 MMC

1  20.   OTHER MATTERS

2       The parties are aware of no other matters that may facilitate the just, speedy and inexpensive

3  disposition of this matter, other than those set forth herein.

5  Dated: May 30, 2008                              BARGER & WOLEN LLP

7                                                   By: /s/ Jennifer N. Lee
                                                         MARTIN E. ROSEN
8                                                        JENNIFER N. LEE
                                                         Attorneys for Defendant CANADA LIFE
9                                                        INSURANCE COMPANY

10
   Dated: May 30, 2008                              SHERNOFF, BIDART, DARRAS &
11                                                  ECHEVERRIA, LLP

13                                                  By: /s/ Lissa A. Martinez
                                                         FRANK N. DARRAS
14                                                       LISSA A. MARTINEZ
                                                         Attorneys for Plaintiff FIDELIA
15                                                       SUAREZ

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-5-
JOINT CASE MANAGEMENT STATEMENT
CASE NO.: CV08-1102 MMC