**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: 6/6/08

**E-filing**

C- 08-1102 -MMC

____FIDELIA SUAREZ____ v ____CANADA LIFE ASSURANCE Co.____

Attorneys: ____FRANK DARRAS____   ____MARTIN ROSEN____

Deputy Clerk: **TRACY LUCERO**   Reporter: ____NOT REPORTED____

**PROCEEDINGS:**   **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference   ( ) P/T Conference   (✓) *INITIAL* Case Management Conference *(By Phone)*

**ORDERED AFTER HEARING:**

π's opening trial brief due 1/23/09, Δ's responsive trial brief due 2/13/09, π's reply brief due 2/27/09, Δ's sur-reply (10 pg limit) due 3/6/09.

( ) ORDER TO BE PREPARED BY:   Plntf_____  Deft_____  Court_____

( ) Referred to Magistrate For:_____
( ) By Court
(✓) CASE CONTINUED TO  3/27/09 @ 9:00  for  Hearing on Trial Brief(s).

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by_____  Deft to Name Experts by_____

P/T Conference Date_____  Trial Date_____  Set for _____ days
Type of Trial: ( )Jury   ( )Court
Notes: _____

(15 m.n)