**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIDELIA SUAREZ,                                         No. C 08-1102 MMC

        Plaintiff,                              **ORDER OF DISMISSAL**

  v.

CANADA LIFE ASSURANCE COMPANY, et
al.,

        Defendants
_____/

The parties having advised the Court that they have agreed to a settlement of the above-titled action,

IT IS HEREBY ORDERED that plaintiff's claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

The Court will retain jurisdiction over the instant action for purposes of considering a request to dismiss the action with prejudice.

**IT IS SO ORDERED.**

Dated:  September 12, 2008

_____
MAXINE M. CHESNEY
United States District Judge