| | |
|---|---|
| FIDELIA SUAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CANADA LIFE ASSURANCE COMPANY,<br><br>Defendant | Case No: CV08-1102 MMC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 17, 2008

*[signature]*
MAXINE M. CHESNEY
Judge of the U.S. District Court